IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| CARMELO ROMÁN, RICARDO ROMÁN RIVERA, and SDM HOLDINGS, INC,. individually and on behalf of all others similarly situated.<br><br>    Plaintiffs,<br><br>        v.<br><br>UBS FINANCIAL SERVICES, INC. OF PUERTO RICO, UBS TRUST COMPANY OF PUERTO RICO, THE PUERTO RICO INVESTORS TAX-FREE FUND III, INC., THE PUERTO RICO INVESTORS TAX-FREE FUND IV, INC., THE PUERTO RICO INVESTORS TAX-FREE FUND V, INC., THE PUERTO RICO INVESTORS TAX-FREE FUND VI, INC., MIGUEL A. FERRER, and CARLOS J. ORTIZ<br><br>    Defendants. | CIVIL NO. 12-1663<br><br><br>JURY TRIAL DEMANDED<br><br><br>SECURITIES CLASS ACTION |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

    I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for co-defendant **THE PUERTO RICO INVESTORS TAX FREE FUND IV, INC.**

    **RESPECTFULLY SUBMITTED.**

    In San Juan, Puerto Rico, this 9TH day of October, 2012.

    **I HEREBY CERTIFY**: That on this date a true and exact copy of the foregoing document has been filed with the Clerk of Court using the CM/ECF system, which automatically serves notification of the filing to all parties of interest.

                            s/ Néstor M. Méndez-Gómez
                            Néstor M. Méndez-Gómez
                            USDC No. 118409

nmendez@pmalaw.com

**PIETRANTONI MENDEZ & ALVAREZ** LLC
Popular Center, 19th Floor
208 Ponce de León Ave.
San Juan, Puerto Rico 00918
Telephone: (787) 274-1212
Fax: (787) 274-1470

- 2 -