UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                :
In re: UBS FINANCIAL SERVICES, INC. OF          :   Civil No.: 12-cv-1663-CCC
PUERTO RICO SECURITIES LITIGATION               :
                                                :
                                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## APPEARANCE OF COUNSEL

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

I am admitted to practice in this Court and hereby appear in this case as counsel for defendants Puerto Rico Fixed Income Fund III, Inc., and Puerto Rico Fixed Income Fund V, Inc.

RESPECTFULLY SUBMITTED.

I HEREBY CERTIFY that this document was filed electronically on this date with the Clerk of the Court using CM/ECF and that, as such, the foregoing was served electronically upon all counsel of record.

In San Juan, Puerto Rico, this 5th day of December, 2012.

By:  /s/ Roberto Quiñones-Rivera
     Roberto Quiñones-Rivera
     USDC-PR No. 211512
     Rcq@mcvpr.com

MCCONNELL VALDÉS LLC
Attorneys for
*Puerto Rico Fixed Income Fund III, Inc.,*
*Puerto Rico Fixed Income Fund V, Inc. and*
*Puerto Rico Investors Bond Fund I*
270 Muñoz Rivera Ave.
Hato Rey, Puerto Rico  00918
Tel.:  (787) 759-9292
Fax:  (787) 759-9225