IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: UBS FINANCIAL SERVICES, INC. OF PUERTO RICO SECURITIES LITIGATION | CIVIL NO. 12-1663 (CCC) <br><br> JURY TRIAL DEMANDED <br><br> SECURITIES CLASS ACTION |

## NOTICE OF VOLUNTARY DISMISSAL AS TO CODEFENDANTS PUERTO RICO INVESTORS TAX FREE FUND IV AND PUERTO RICO INVESTORS BOND FUND I

**TO THE HONORABLE COURT**:

**COME NOW** the Plaintiffs, by and through the undersigned counsel, and respectfully aver and pray:

Pursuant to *Fed. R. Civ. P. 41(a)(1)(A)(i),* Plaintiffs hereby give notice that they are voluntarily dismissing without prejudice and without the imposition of any costs and attorneys' fees, their claims against co-defendants The Puerto Rico Investors Tax Free Fund IV, Inc. and the Puerto Rico Investors Bond Fund I.

**WHEREFORE,** Plaintiffs respectfully request that the Court take notice of the above.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, on this 3rd day of April 2013.

It is hereby certified that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/ Eric Quetglas-Jordan
Eric Quetglas-Jordan
QUETGLAS LAW OFFICES
USDC-PR No. 202514
PO Box 16606
San Juan PR 00908-6606
Tel: (787) 722-0635/(787) 722-7745

Fax: (787) 725-3970
Quetglaslaw@gmail.com;
Eric@Quetglaslaw.com

*Co-Liaison Counsel*

Luis E. Minaña, Esq.
ESPADA MIÑANA & PEDROSA LAW OFFICES PSC
122 Calle Manuel Dómenech Altos
Urb. Baldrich
San Juan, PR 00918
Telephone: (787) 758-1999
Facsimile: (787) 773-0500
minanalaw@prtc.net / minanalaw@yahoo.com

- and -

Héctor Eduardo Pedrosa-Luna, Esq.
USDC-PR No. 223202
P.O. Box 9023963
San Juan, PR 00902-3963
Telephone: (787) 920-7983
Facsimile: (787) 764-7511
hectorpedrosa@gmail.com

*Co-Liaison Counsel*

David R. Scott (admitted *pro hac vice*)
Amanda Lawrence (admitted *pro hac vice*)
SCOTT+SCOTT LLP
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Telephone: (860) 537-5537
Facsimile: (860) 537-4432
drscott@scott-scott.com
alawrence@scott-scott.com

- and -

Joseph P. Guglielmo (admitted *pro hac vice*)
SCOTT+SCOTT LLP
The Chrysler Building
405 Lexington Avenue, 40th Floor
New York, NY 10174
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
jguglielmo@scott-scott.com

-3-

*Lead Counsel for Lead Plaintiff*

Richard P. Rouco
QUINN, CONNOR, WEAVER, DAVIES & ROUCO, LLP
2700 Highway 280
Mountain Brook Center Ste. 380
Birmingham, Alabama 35223
Tel. (205) 870-9989
rrouco@qcwdr.com

*Counsel for Plaintiffs*