IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: UBS FINANCIAL SERVICES, INC. OF PUERTO RICO SECURITIES LITIGATION | CIVIL 12-1663CCC (consolidated with 12-1849CCC) |

**ORDER**

Plaintiffs having filed a Second Consolidated Amended Complaint on January 17, 2013 (docket entry 60), and defendants UBS Financial Services Incorporated of Puerto Rico, UBS Trust Company of Puerto Rico, UBS Financial Services Inc., Miguel A. Ferrer, Carlos J. Ortiz, Puerto Rico Fixed Income Fund III, Inc., and Puerto Rico Fixed Income Fund V, Inc. having filed on February 28, 2013 a motion to dismiss aimed at said amended pleading (docket entry 66), said defendants' original Motion to Dismiss Plaintiffs' Consolidated Amended Complaint filed on December 5, 2012 (**docket entry 50**) which addressed the now superseded Consolidated Amended Complaint (docket entry 45) is MOOT.

The Motion to Restrict Viewing of Exhibits at Docket No. 67 filed by defendants UBS Financial Services Incorporated of Puerto Rico, UBS Trust Company of Puerto Rico, UBS Financial Services Inc., Miguel A. Ferrer and Carlos J. Ortiz (**docket entry 69**) is GRANTED.

Plaintiffs' Request for Oral Argument on the Opposition to Defendants' Motion to Dismiss the Consolidated Amended Complaint (**docket entry 77**) is DENIED.

SO ORDERED.

At San Juan, Puerto Rico, on August 27, 2013.

S/CARMEN CONSUELO CEREZO
United States District Judge