IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: UBS FINANCIAL SERVICES, INC. OF PUERTO RICO SECURITIES LITIGATION | CIVIL 12-1663CCC (consolidated with 12-1849CCC) |

**ORDER AND PARTIAL JUDGMENT**

Having considered the Notice of Voluntary Dismissal as to Codefendants Puerto Rico Investors Tax Free Fund IV, Inc. and the Puerto Rico Investors Bond Fund I filed by plaintiffs on April 3, 2013 (**docket entry 72**), the same is NOTED and GRANTED.  Accordingly, it is ORDERED and ADJUDGED that partial judgment be and is hereby entered DISMISSING all claims against said defendants included in the Second Consolidated Amended Complaint filed by plaintiffs on January 17, 2013 (docket entry 60).

The Motions to Dismiss filed by codefendants Puerto Rico Investors Tax Free Fund IV, Inc. and the Puerto Rico Investors Bond Fund I on December 5, 2012 (**docket entry 53**) and February 28, 2013 (**docket entry 68**) are now MOOT.

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico, on August 28, 2013.

S/CARMEN CONSUELO CEREZO
United States District Judge