IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: UBS FINANCIAL SERVICES, INC. OF PUERTO RICO SECURITIES LITIGATION | CIVIL 12-1663CCC (consolidated with 12-1849CCC) |

**ORDER**

Having considered the allegations of the Second Consolidated Amended Complaint (docket entry 60) filed on January 17, 2013, the defendants' Motion to Dismiss such pleading (**docket entry 66**) filed on February 28, 2013, plaintiffs' opposition (docket entry 73) filed on April 4, 2013, movant's reply brief (docket entry 75) filed on April 18, 2013, as well as the respective supporting documents and case law, said dismissal motion (**docket entry 66**) is DENIED.

SO ORDERED.

At San Juan, Puerto Rico, on September 30, 2013.

S/CARMEN CONSUELO CEREZO
United States District Judge