IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

In re: UBS Financial Services, Inc. Of
Puerto Rico Securities Litigation

Plaintiff

v.

Defendant

Case No. 3:12-cv-01663-CCC

APPLICATION AND ORDER FOR ADMISSION PRO HAC VICE

Comes now, _____ Melvin A. Brosterman _____, applicant herein and respectfully

states:

1. Applicant is an attorney and a member of the law firm of (or practices under the name of

_____ Stroock & Stroock & Lavan LLP _____, with offices at:

| Address | 180 Maiden Lane |
|---|---|
| | New York, NY 10038 |
| Email | mbrosterman@stroock.com |
| Telephone No. | 212-806-5632 |
| Fax No. | 212-806-6006 |

2. Applicant will sign all pleadings with the name Melvin A. Brosterman _____.

3. Applicant has been retained personally or as a member of the above-named firm by

_____ Miguel A. Ferrer _____ to provide legal representation in connection with the

above-styled matter now pending before the United States District Court for the District of Puerto

Rico.

4. Since _____ 1975 _____, applicant has been and presently is a member in good

standing of the bar of the highest court of the State of _____ New York _____, where applicant

regularly practices law. Applicant's bar license number is _____ 1082080 _____.

**Application and Order for Admission Pro Hac Vice (10/2003)**
Note: This form is provided for illustrative purposes only. You must consult the
Local Rules prior to submission of this or any such pleading form a Court to
ensure proper compliance.

Page 1 of 4

5. Applicant has been admitted to practice before the following courts:

    Court:                         Admission Date:

    New York State 1975, USDC SDNY 1/24/78, USDC EDNY 2/22/78,
    US Supreme Court 11/29/82, US Court of Appeals: 2nd Cir. 11/5/75,
    9th Cir. 2/29/88, Fed. Cir. 1/30/01, 4th Cir. 8/27/06

6. Applicant is a member in good standing of the bars of the courts listed in paragraph 5.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

9. During the past three years, applicant has filed for pro hac vice admission in the United States District Court for the District of Puerto Rico, in the following matters:

Date of Application:              Case Number and Style:

    9/5/2014            3:14-cv-01441-CCC Fernandez et al. v. UBS AG et al.

10. Local counsel of record associated with applicant in this matter is:

| | |
|---|---|
| Name | Guillermo J. Bobonis |
| USDC-PR Bar No. | 126214 |
| Address | 129 DeDiego Avenue |
| | San Juan, Puerto Rico 00911-1927 |
| Email | gjb@bobonislaw.com |
| Telephone No. | 787-725-7941 |
| Fax No. | 787-725-4245 |

Application and Order for Admission Pro Hac Vice (10/2003)
Note: This form is provided for illustrative purposes only. You must consult the Local Rules prior to submission of this or any other pleading to the Court to insure proper compliance.

Page 2 of 4

11. Applicant has read the local rules of this court and will comply with same.

12. Applicant has read Local Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing pro hac vice must comply with the provisions set forth therein and pay an admission fee of $150 per appearance in each new case before the Court. Accordingly, payment of the pro hac vice admission fee is attached hereto in the form of a check or money order payable to: "Clerk, U.S. District Court."

WHEREFORE, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

Date: _____9/25/14_____.

Melvin A. Brosterman
Printed Name of Applicant

Signature of Applicant

I HEREBY CERTIFY, pursuant to Local Rule 83.1(f), that I consent to the designation of local counsel of record for all purposes.

Date: _____September 29, 2014_____.

Guillermo J. Bobonis
Printed Name of Local Counsel

Signature of Local Counsel

**Application and Order for Admission Pro Hac Vice (10/2003)**
Note: This form is provided for illustrative purposes only. You must consult the Local Rules prior to submission of this or any other pleading to the Court to ensure proper compliance.

I HEREBY CERTIFY that I have served a true and correct copy of this document upon each attorney of record and the original upon the Clerk of Court accompanied by a $150.00 pro hac vice admission fee.

_____
Signature of Applicant

## ORDER

The Court, having considered the above Application for Admission Pro Hac Vice, orders that:

❑   the application be granted. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

❑   the application be denied. The Clerk of Court shall return the admission fee to the applicant.

SO ORDERED.

In San Juan, Puerto Rico, this _____ day of _____, _____.

_____
U.S. DISTRICT JUDGE

**Application and Order for Admission Pro Hac Vice (10/2003)**
Note: This form is arranged for illustrative purposes only. You must consult the Local Rules prior to submission of this or any other pleading to the Court to ensure proper compliance.

**Page 4 of 4**