**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re: UBS FINANCIAL SERVICES, INC. OF PUERTO RICO SECURITIES LITIGATION | Civil Case No. 12-cv-01663-CCC<br><br>JURY TRIAL DEMANDED<br><br>SECURITIES CLASS ACTION |
| ONNASIS CORPORATION, and JULIO TORMES-RODRIGUEZ,<br><br>     Plaintiffs,<br><br>UBS FINANCIAL SERVICES OF PUERTO RICO INC., et al.<br><br>     Defendants | Civil Case No. 12-cv-01849-CCC<br><br>JURY TRIAL DEMANDED<br><br>SECURITIES CLASS ACTION |

**PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

**TO THE HONORABLE COURT:**

**COME NOW** Onnasis Corporation and Julio Tormes-Rodriguez, the Plaintiffs in consolidated action 12-CV-01849, and through the undersigned counsel very respectfully state and request:

1.     The Plaintiffs notify that they have retained alternative counsel and requested the undersigned to withdraw from their legal representation and to request the voluntary dismissal without prejudice of this action.

2.     In view of the above, the Plaintiffs in consolidated action 12-CV-01849 Onnasis Corporation and Julio Tormes-Rodriguez respectfully request, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the voluntary dismissal, without prejudice, of said action,

without the imposition of any costs or fees. The action 12-cv-01663 shall proceed as to all other Plaintiffs therein.

**WHEREFORE**, the Plaintiffs in consolidated action 12-cv-01849 Onnasis Corporation and Julio Tormes-Rodriguez respectfully request the voluntary dismissal, without prejudice, of said action, without the imposition of any costs or fees. The action 12-cv-01663 shall proceed as to all other Plaintiffs therein.

**RESPECTFULLY SUBMITTED** in San Juan, Puerto Rico, this 10th day of November, 2014.

**I HEREBY CERTIFY** that a true and exact copy of the foregoing document was on this same date filed through the Court's ECF/ECM system which will automatically serve copy of the document to all interested parties in this case.

**/s/Eric M. Quetglas Jordan**

ERIC M. QUETGLAS JORDAN
USDC-PR #202514
QUETGLAS LAW OFFICES
PO Box 16606
San Juan PR 00908-6606
Tel: (787) 722-0635 & 722-7745
Fax: (787) 725-3970
E-mail: QuetglasLaw@gmail.com;
Eric@Quetglaslaw.com