IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

In re: UBS FINANCIAL SERVICES, INC. OF PUERTO RICO SECURITIES LITIGATION

ONNASIS CORPORATION; JULIO TORMES-RODRIGUEZ

Plaintiffs

vs

UBS FINANCIAL SERVICES OF PUERTO RICO INC., et al.

Defendants

CIVIL 12-1663CCC
(consolidated with 12-1849CCC)

## JUDGMENT

Having considered the Motion for Voluntary Dismissal without Prejudice filed by plaintiffs in consolidated action No. 12-1849(CCC) on November 10, 2014 (**docket entry 116**), which remains unopposed, the same is GRANTED. Accordingly, it is ORDERED and ADJUDGED that said action be and is hereby DISMISSED, without prejudice.

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico, on November 26, 2014.

S/CARMEN CONSUELO CEREZO
United States District Judge