IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| In re: UBS FINANCIAL SERVICES, INC. OF PUERTO RICO SECURITIES LITIGATION | CIVIL 12-1663CCC (consolidated with 12-1849CCC) |
|---|---|

**ORDER**

The Motion to Withdraw Motion to Consolidate Cases at Dkt. 98 filed by plaintiff SDM Holdings Inc. (**docket entry 99**) is GRANTED. Accordingly, the Motion to Consolidate Cases (**docket entry 98**) is DEEMED WITHDRAWN.

Having considered Plaintiffs' Joint Motion for Modification of the October 16, 2012 Consolidation Order and Leave to File a Master Consolidated Complaint (**docket entry 100**), the same is DENIED, having the Court denied by separate Order issued today the almost identical Joint Motion for Modification of the October 16, 2012 Consolidation Order and Leave to File a Master Consolidated Complaint filed by the plaintiffs in Civil No. 14-1441(CCC) (docket entry 6 in said case).

SO ORDERED.

At San Juan, Puerto Rico, on January 30, 2015.

S/CARMEN CONSUELO CEREZO
United States District Judge