IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| CARMELO ROMAN, RICARDO ROMAN-RIVERA and SDM HOLDINGS, INC., individually and on behalf of all others similarly situated<br>Plaintiffs<br>vs.<br>UBS FINANCIAL SERVICES, INC. OF PUERTO RICO; UBS TRUST COMPANY OF PUERTO RICO; PUERTO RICO INVESTORS TAX-FREE FUND IV, INC.; PUERTO RICO FIXED INCOME FUND III, INC.; PUERTO RICO FIXED INCOME FUND V, INC.; PUERTO RICO INVESTORS BOND FUND I, INC.; PUERTO RICO AAA PORTFOLIO BOND FUND, INC.; PUERTO RICO AAA PORTFOLIO BOND FUND II, INC.; MIGUEL A. FERRER; CARLOS J. ORTIZ<br>Defendants | CIVIL 12-1663CCC |

**ORDER**

Since this action is no longer consolidated with 12-1849(CCC) as the latter was voluntarily dismissed (see docket entries 116 and 122), the following filings are ORDERED STRICKEN as unnecessary and to avoid confusion: Consolidated Amended Complaint (**docket entry 45**) and Second Consolidated Amended Complaint (**docket entry 60**). Plaintiffs' claims are governed by the original complaint filed on August 13, 2012 (docket entry 1).  Given that the answers on file addressed the consolidated complaints (as to consolidation of this action with 12-1849(CCC)), all defendants in this case are ORDERED to file their answers to the complaint filed on August 13, 2012 (docket entry 1),

CIVIL 12-1663CCC                              2

which is the one that now governs this case, by no later than FEBRUARY 20, 2015.

    SO ORDERED.

    At San Juan, Puerto Rico, on February 3, 2015.

                                    S/CARMEN CONSUELO CEREZO
                                    United States District Judge