IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| CARMELO ROMAN, RICARDO ROMAN-RIVERA and SDM HOLDINGS, INC., individually and on behalf of all others similarly situated<br>Plaintiffs<br>vs.<br>UBS FINANCIAL SERVICES, INC. OF PUERTO RICO; UBS TRUST COMPANY OF PUERTO RICO; PUERTO RICO INVESTORS TAX-FREE FUND IV, INC.; PUERTO RICO FIXED INCOME FUND III, INC.; PUERTO RICO FIXED INCOME FUND V, INC.; PUERTO RICO INVESTORS BOND FUND I, INC.; PUERTO RICO AAA PORTFOLIO BOND FUND, INC.; PUERTO RICO AAA PORTFOLIO BOND FUND II, INC.; MIGUEL A. FERRER; CARLOS J. ORTIZ<br>Defendants | CIVIL 12-1663CCC |

**ORDER**

This case was labeled, when filed, as a "class action." See docket entry 1. A review of the record does not reflect that plaintiffs requested that the Court grant class certification by way of a certification order at any time since the filing of this action. They will state the reasons why this case should be litigated as a class action that complies with Fed. R. Civ. P. 23(a), (b) and (c) by no later than FEBRUARY 20, 2015.

SO ORDERED.

At San Juan, Puerto Rico, on February 3 2015.

S/CARMEN CONSUELO CEREZO
United States District Judge