# Exhibit A





Confidential Treatment Requested by UBS Financial Services, Inc.      UBSPR-SEC-002-004041

Confidential                                                                                  UBS-Roman-0005644

# "Los inversionistas locales han sufrido muc[ho]"

**Luisa García Pelatti**
lgarcia@vocero.com
Negocios & Valores de Puerto Rico

El carácter conservador del inversionista puertorriqueño promedio se ha visto, con frecuencia, como una falta de sofisticación y modernidad. Pero en la actual crisis financiera, ese carácter conservador ha servido para preservar gran parte de su capital.

"El inversionista puertorriqueño ha sufrido relativamente poco o muy poco del descalabro internacional y podemos decidir que no cogimos ni siquiera un catarro", señala Miguel A. Ferrer, principal oficial ejecutivo de UBS Puerto Rico.

Los puertorriqueños tienen $26,470 millones invertidos en compañías de inversiones en la Isla. Prefieren las inversiones de ingreso fijo: bonos de Puerto Rico y fondos mutuos. En la Isla se colocan $18,628 millones en bonos y fondos mutuos, 70% de todo lo que se invierte.

[realidad]

En general, el inversionista puertorriqueño que tiene su dinero invertido en bonos y fondos mutuos ha obtenido resultados fantásticos.

Los fondos mutuos locales han tenido resultados a través de los años, comparables con las acciones. "El resultado de un inversionista en fondos mutuos locales, que ha podido reinvertir los dividendos, ha sido superior y en algunos casos comparables con los índices del mercado de acciones", dice Ferrer, aseguro que este tipo de inversión ofrece mucha menos volatilidad y buenos resultados relativos. Recomienda que cada inversionista no debe mirar su situación particular y ajustar sus decisiones a los riesgos que quiera contemplar, advierte el ejecutivo. "Pero dicho eso, en términos generales, el inversionista puertorriqueño no ha participado de la crisis".

Ferrer está entre los que opinan que el mercado de acciones ha alcanzado sus niveles mínimos y ahora solo queda subir. Pero dice que "no necesariamente va a continuar el rally, [pue]de que baje de nuevo antes de subir, pero ya sabemos que hay compradores de verdad a ciertos niveles. Creo que el atractivo de entender que se está trabajando con bastante sabiduría en los problemas de Estados Unidos da mucho confort".

Pero no hay que bajar la guardia. "Los mercados globales todavía necesitan más trabajo, pero están siguiendo el mercado de Estados Unidos y los diferentes gobierno están tomando acción de forma sincronizada. Se está viendo que hay una luz al final del túnel y no es un tren que viene de frente. Eso es bien positivo".

El presidente de UBS cree que Barack Obama, el presidente de Estados Unidos, "está haciendo un trabajo bastante fino, bien hecho y ha traído gente muy capaz alrededor de él".

## La recuperación empieza por los bancos

Las primeras acciones en recuperarse van a ser las del sector bancario. "Una de las cosas que está tratando de hacer el gobierno de Estados Unidos es darle liquidez a los bancos, y obviamente eso quiere decir que van a ganar dinero, ese es su negocio. Si se le permite a los bancos hacer su negocio normal, que es prestar, van a ganar dinero". Y ya lo hemos visto estos días los buenos resultados de Goldman Sachs, JP Morgan, Chase y Citigroup.

"Eso quiere decir que el consumidor va a tener el beneficio de tener dinero accesible y eso quiere decir que estamos saliendo del hoyo".

"Aquí en Puerto Rico la situación es diferente, porque nosotros tenemos nuestros problemas internos que hay que resolver y yo creo que los pasos que ha dado la administración para atacar el problema fiscal han sido acertado, aunque no estoy de acuerdo con todo lo que se ha hecho".

Hay un consenso entre los economistas de que es necesario un nuevo modelo económico, y algunas recomendaciones en ese sentido eran competencia del Consejo de Consejo Asesor de Reconstrucción Económica y Fiscal (CAREF), que se había comprometido a presentar un informe en el mes de marzo. Algunas fuentes hablan de una "estampida en el CAREF" ante las fuertes críticas de la opinión pública a sus recomendaciones contenidas en el primer informe.

A juicio de Ferrer hicieron lo que le pidieron, pero la "crítica fue muy dura", y al final el Gobierno terminó poniendo en vigor muchas de sus recomendaciones.

"Es difícil criticar la valentía que ha tenido esta administración. Han dicho el problema es éste. Ha habido una valentía y honestidad de apuntar al problema. Aunque todavía no lo han resuelto, están en vías de atacar el problema, pero lo han identificado".

Ferrer cree que se podría resolver el problema del desempleo potencia de 30,000 empleados públicos si se incentiva al sector privado. "Eso es precisamente lo que le falta al plan. Porque si el sector privado no crece no va a haber demanda para empleo. Se va a quedar esa gente en la calle. Para mi es lo que le falta al plan".

Propone un nuevo modelo económico con contribuciones más bajas, para convertir a Puerto Rico "en un sitio bien hospitalario para la empresa y los empresarios".

"La única manera es bajando las contribuciones. Puerto Rico no tiene ninguna otra herramienta económica en este momento que no sea una reducción dramática en contribuciones".

## Golpe al inversionista

Por eso, no cree acertada la decisión de gobierno de aumentar los impuestos a los que contribuyentes que ganan más de $100,000 [...]

al Treatment
sted by UBS

Confidential

UBS-Roman-0005645

# "...ísimo menos"

"Los aumentos contributivos lo han enfocado en un grupo bien pequeño de contribuyentes –unos 26,000– y eso tiene sus problemas: primero que se perdió la oportunidad de ampliar la base contributiva (no están esparciendo el dolor, lo han concentrado); y el segundo punto es que si a esa gente, que deben estar bastante vulnerables a una reducción de ingresos, si les va el ingreso no se va a lograr la meta de recaudos".

Por el lado fiscal, considera que se han dado pasos acertados. "Lo comprueba que en mundo donde las casas clasificadoras están poniendo al resto del universo en 'warning', a Puerto Rico le dieron un 'stable'. Esta primera vez en mucho tiempo que estamos mejor. Creo que es una señal magnífica para Puerto Rico".

## Cofina II

En las próximas semanas el gobierno tiene planes de sacar al mercado la emisión del Programa de Financiamiento de COFINA II (Corporación para el Financiamiento del Fondo de Interés Apremiante, que se nutre de una porción de lo que recauda el Impuesto sobre Ventas y Uso). La emisión, que puede ser de hasta $500 millones servirá para financiar el plan de estímulo económico local. Estos fondos se unirán a los $5,000 millones del programa de estímulo económico federal para reducir el déficit fiscal e impulsar el crecimiento económico.

"Esta emisión es un 'repeat performance' de Cofina I. La apertura es brutal. Así que Cofina II va a ser éxito. Va a haber demanda insaciable aquí en Puerto Rico para esos bonos. Los puertorriqueños tienden a querer invertir en Puerto Rico".

El ejecutivo explica que a través de los años el problema ha sido que no ha habido suficiente inversión disponible y los puertorriqueños han tenido que invertir fuera. "Así que cuando hacen inversiones buenas ellos lo que hacen es que traen capital para Puerto Rico. Creo que esta va a ser una de las ocasiones que vamos a reimportar capital", asegura.

## El Wall Street del Caribe

El sector de inversiones puede contribuir al crecimiento económico. Se trata de un sector en crecimiento con alto grado de sofisticación, que puede convertirse en un jugador de clase mundial.

"Aparte de mercados como Wall Street, Londres y posiblemente Hong Kong, hay pocos países con el expertise en financiamiento y estructuración de vehículos de inversiones que tiene Puerto Rico. Y por eso a las firmas que residen en Puerto Rico les ha ido bien".

Sao Paulo, en Brasil y Panamá, están tratando de convertirse en un centro financiero regional. "Pero ninguno tiene eso al mercado de Estados Unidos. Tenemos una mejor infraestructura, el personal mejor preparado y tenemos acceso al mercado más líquido del mundo. Podríamos convertirnos en un puente financiero entre Latinoamérica y Estados Unidos".

"Y este es un buen momento para generar iniciativas en ese sentido. Ferrer destaca la circunstancia de que en la presidencia del Banco Gubernamental está Carlos García, "un banquero reconocido, que fue nuestro más feroz competidor, y que tiene los conocimientos y el liderazgo".

"Tenemos todas las cosas para decir, sí señores vamos a hacer. La industria está lista. Podría pasar como en los años 80, que aquí estaban todos los bancos internacionales, cuando Puerto Rico fue un centro financiero con las empresas 936. Estamos listos para ese reto".

Ahora, cuando varios de esos bancos internacionales...

clonales se han ido, y los bancos locales lucen deslucidos y marchitos –al menos lo están sus resultados– la Milla de oro bulle con rumores sobre ventas y compras. Ferrer asegura que "se van a salvar los bancos y van a florecer con el tiempo. Esto no se ha acabado". Pero mientras llega ese momento no cree que habrán consolidaciones.

## Cuestionan a UBS

UBS ha estado en los medios de comunicación en meses recientes por dos temas diferentes: las cuentas ocultas en Suiza y planteamientos sobre un posible conflicto de intereses en Puerto Rico.

El gobierno de Estados Unidos solicitó y consiguió que el banco suizo UBS, compañía matriz de UBS Puerto Rico, le proporcionara un listado con los nombres y apellidos de 20,000 ciudadanos estadounidenses poseedores de cuentas opacas en UBS-Suiza. El Departamento de Hacienda de Puerto Rico pidió conocer si alguno de los nombres en esa lista era residente en Puerto Rico. No había ninguno. "No me sorprende", dijo Ferrer, que sabía que "eso no iba a ocurrir".

"Ofrecemos tantas oportunidades libre de contribuciones que para un puertorriqueño esconder su capital no es una necesidad, porque hay beneficios contributivos muy favorables".

"En ese sentido Puerto Rico ha sido pionero en crear un sentido de inversión. Por eso es que los puertorriqueños invierten en Puerto Rico y tenemos que hacer bien atractiva la inversión.



Por eso el gobierno debe tener cuidado de que la ley (número 7) que acaban de aprobar no empiece a causar que se vaya dinero de Puerto Rico", advierte.

Por otro lado, el pasado mes de marzo, un artículo del servicio de noticias financieras Bloomberg apuntaba a un conflicto de intereses en UBS Puerto Rico, al convertirse, hace dos años, en asesor de la Administración de los Sistemas de Retiro. Un banco no debe asesorar a un emisor de bonos y suscribir la emisión y comprar esos mismos bonos para los fondos mutuos que maneja, decía el artículo de Bloomberg.

"El artículo está plagado de información errónea y prefiero, por el momento, no abundar sobre este tema", fue el escueto comentario de Ferrer durante esta entrevista.

En declaraciones a Bloomberg, en el mes febrero, el ejecutivo de UBS había negado la existencia de un conflicto de intereses y dijo que la firma no había hecho nada inapropiado. "No tenemos ningún conflicto. Hacemos cada trabajo de forma independiente. Seguimos todas las reglas que tenemos que seguir", aseguró. Explicó que su trabajo como asesor de la Administración del Sistema de Retiro no afecta su selección como suscriptor de la emisión de bonos del fondo de pensiones. "Fuimos seleccionados porque tenemos los recursos para hacer lo que hacemos".

EL VOCERO / Archivo

UBSPR-SEC-067-000014

Confidential                                                                UBS-Roman-0005646



51 East 42nd Street, Suite:1406, New York, NY 10017
1-888-677-LINK (5465)  |  info@link-translations.com

www.link-translations.com



**TO WHOM THIS MAY CONCERN**
**STATEMENT CERTIFYING PROFESSIONAL TRANSLATION**

Link-Translations provides professional translation services. We have translated the attached document(s) titled:

- Article

From:  SPANISH
Into:  ENGLISH

employing a team of professional and experienced translators who have a fluent knowledge of both languages.

We edited the translated text for meaning, accuracy and consistency with the original source text, and we proofread the translated text for spelling and grammatical accuracy.
We hereby certify that to the best of our knowledge, the translation that we have provided is an accurate and faithful translation of the original text provided to us.

Linda Lin
Link Translations, Inc.

State of New York
County of New York

SWORN TO BEFORE ME THIS
20th day of April , 2012

HASAN ALKAN
NOTARY PUBLIC STATE OF NEW YORK
QUALIFIED IN NEW YORK COUNTY
LIC. #01AL6217991
COMMISSION EXPIRES 02/22/2014

(Notary Public)

#18410

Confidential

UBS-Roman-0005647

*4/24/09*

# "Local investors **have suffered a lot less**"

Luisa García Pelatti
lgarcia@vocero.com
Negocios y Valores de Puerto Rico
(Business & Securities of Puerto Rico)

The conservative characteristic of the average Puerto Rican investor has been seen, frequently, as a lack of sophistication and modernity. But in the current financial crisis, that conservative characteristic has served to preserve a great part of his/her capital.

"The Puerto Rican investor has suffered relatively little or very little from the international disaster, and we can say that we didn't even catch a cold", indicates Miguel A. Ferrer, the main executive officer of UBS Puerto Rico.

Puerto Ricans have $26,478 million invested in the Island's investment companies. They prefer fixed income investments: Puerto Rican bonds and mutual funds. On the Island are placed $18,628 million in bonds and mutual funds, 70% of all that is invested.

"Local mutual funds have had an excellent yield throughout this process", explains Ferrer. But despite this, many investors call scared, because of the news about the lows in financial markets, "when in reality that news does not have any relevance to the investor. In general, the Puerto Rican investor that has his/her money invested in bonds and mutual funds has obtained fantastic results."

Local mutual funds have had results over the years comparable to shares. "The result of an investor in local mutual funds who has been able to reinvest the dividends has been higher, and in some cases, comparable to the market of shares Index", says Ferrer, and assures that this type of investment offers much less volatility, and good relative results.

This does not mean that each investor should not look at his/her particular situation, and adjust his/her decisions to the risks he/she is willing to consider", warns the executive. "But having said that, in general terms, the Puerto Rican investor has not been involved in the crisis."

Ferrer is among those that opine that the market of shares has reached its minimum levels, and now just remains to go up. But says, "the rally in not necessarily to continue." I don't believe we have touched the bottom, that perhaps it may go down before coming up, but we already know that there are true buyers at certain levels. I think that the attraction of knowing that they are working with a lot of wisdom on the problems of the United States provides a lot of comfort."

But you cannot lay down your guard. "Global markets still need more work, but they are following the United States' market, and the different governments are taking a synchronized-type of action. You can see there is light at the end of the tunnel, and it is not a train rushing head on. That is very positive."

The president of UBS believes that Barack Obama, the president of the United States, "is performing a really fine work, well done, and has brought very capable people around him."

**Recovery begins with the banks**

The first shares to recover are going to be of the bank sector. "One of the things that the government of the United States is trying to do is to give liquidity to the banks, and obviously that means that they are going to earn money, that is their business. If the banks are allowed to do their normal business, which is to loan, they are going to earn money." And we have already seen it these days, the good results of Goldman Sachs, JP Morgan, Chase, and Citigroup.

"This means that the consumer will have the benefit of having money accessible, and that means we are getting out of the hole."

"Here in Puerto Rico the situation is different, because we have our internal problems to resolve, and I believe that the steps taken by the administration to attack the fiscal problem have been on the mark, although I am not in agreement with everything that has been done."

There is a consensus among economists that a new economic model is needed, and some of the recommendations in that regard are competency of the Board of the Advisory Board on Economic and Fiscal Reconstruction (Consejo Asesor de Reconstrucción Económica y Fiscal – CAREF), who committed to submit a report in the month of March. Some sources talk about a "stampede at the CAREF" facing strong criticism from public opinion to their recommendations set forth in the first report.

Confidential

UBS-Roman-0005648

In Ferrer's judgment they did what they were asked to do, but the "criticism was very strong", and in the end the Government put into effect many of their recommendations.

"It is difficult to criticize the courage that this administration has had. They have said this is the problem. There has been courage and honesty to point out the problem. Even though they have not resolved it, they are en route to attack the problem, but they have identified it."

Ferrer believes that the problem of potential unemployment of 30,000 public employees could be resolved if the private sector is given incentives. "That is precisely what the plan lacks. Because if the private sector does not grow there is not going to be a demand for employment. Those people will remain on the street. For me, that is what is lacking in the plan."

He proposes a new economic model with lower contributions, to convert Puerto Rico "into a very hospitable place for companies and businessmen."

"The only way is lowering the contributions. Puerto Rico does not have any other economic tool at this moment other than a dramatic reduction in contributions."

**Hit to the investor**

That is why he believes not to be right the decision of the government to increase the taxes of taxpayers that earn more than $100,000 annually [still illegible text]…[Illegible text]…

"They have focused contribution increases on a very small group of taxpayers –some 26,000– and that has problems: first, the opportunity to broaden the taxpaying base (they are not spreading the pain, they have concentrated it) was lost; and the second point is that if to those people, that must be really vulnerable to a reduction in income, if their income is taken away, revenue goals will not be attained."

On the fiscal side he considers that right steps have been made. "Confirmed that in a world in which classification agencies have put the rest of the universe on 'warning', Puerto Rico was given a 'stable'. It is the first time in a long time that we have been better. I think it's a magnificent sign for Puerto Rico."

**Cofina II**

In the next few weeks the government has plans to put in the market the issuance of the COFINA II Financing Program (Corporation for Financing of the Urgent Interest Fund, which is nourished by a portion of revenue from the Sales and Use Tax). The issue, which may be up to $500 million will serve to finance the local economic stimulus plan. These funds will join the $5 billion federal economic stimulus program to reduce the fiscal deficit and boost economic growth.

The issue is a 'repeat performance' of COFINA I. The opening is brutal. So, COFINA II will be a success. There is going to be an insatiable demand here in Puerto Rico for these bonds. "Puerto Ricans tend to want to invest in Puerto Rico."

The executive explains that throughout the years the problem is that there has not been enough investment available, and Puerto Ricans have had to invest outside. "So when they do good investments, what they do is bring capital to Puerto Rico. I think this is going to be one of the occasions where we are going to re-import capital", he assures.

**The Wall Street of the Caribbean**

The investment sector can contribute to economic growth. It is a growing sector with high sophistication that may become a world-class player.

"Aside from markets such as Wall Street, London, and possibly Hong Kong, there are few countries with the expertise in financing and structuring of investment vehicles as Puerto Rico has. And that is why companies that reside in Puerto Rico have been doing good."

Sao Paulo, in Brazil, and Panama are trying to become a regional financial center. "But none of them has access to the United States market. We have better infrastructure, the best trained personnel, and we have access to the world's most liquid market. We could become a financial bridge between Latin America and the United States."

And this is a good moment to generate initiatives in that sense. Ferrer highlights the circumstance that the president of the Government Bank is Carlos García, "a recognized banker who was our most fierce competitor, and who has knowledge and leadership."

"We have everything to say, yes gentlemen we are going to do it. The industry is ready. It may happen as in the '80s, when all the international banks were here, when Puerto Rico was a financial center with 936 companies. We are ready for this challenge."

Now, when several of those international banks have left, and local banks appear to be lackluster and withered –at least their results are– the Golden Mile is boiling with rumors regarding sales and purchases. Ferrer

assures that, "the banks are going to be saved, and will bloom given time. This is not over." But until that time comes, he thinks there will be consolidations.

**UBS is questioned**

UBS has been in the media in recent months, because of two different issues: hidden accounts in Switzerland, and depictions regarding a possible conflict of interest in Puerto Rico.

The United States government requested and obtained that the Swiss bank UBS, holding company of UBS Puerto Rico, provide it with a list of names and surnames of 20,000 American citizens holders of opaque accounts in UBS-Switzerland. The Treasury Department of Puerto Rico asked to know if any of the names on that list was a resident of Puerto Rico. There were none. "It does not surprise me", said Ferrer, who knew that, "that was not going to occur."

"We offer so many opportunities free of contributions, that for a Puerto Rican to hide his/her capital is not a necessity, because there are very favorable contributive benefits."

"In that regard, Puerto Rico has been a pioneer in creating a sense of investment. That is why Puerto Ricans invest in Puerto Rico, and we have to make the investment really attractive. That is why the government should be careful that the law (number 7) they have just approved does not start to cause money to leave Puerto Rico", he warns.

On the other hand, last month of March, an article in the Bloomberg financial news services pointed out a conflict of interest in UBS Puerto Rico, when it became two years ago, an advisor to the Retirement System Administration. A bank should not advise an issuer of bonds, subscribe the issue, and purchase those same bonds for the mutual funds it handles, mentioned the Bloomberg article.

"The article is plagued with erroneous information, and I prefer, at this time, not to delve on this topic", was the brief comment of Ferrer during this interview.

In statements to Bloomberg in the month of February, the UBS executive denied the existence of a conflict of interest, and said that the company had not done anything inappropriate. "We don't have any conflict. We do each job independently. We follow all the rules that we must follow. He explained that his work as an advisor to the Retirement System Administration does not affect its selection as a subscriber of the issuance of bonds from the pension funds. "We were selected because we have the resources to do what we do."

"I believe we have touched the bottom, although it may go down before coming up. But we already know that there are true buyers at certain levels."

[Photograph]

*Miguel A. Ferrer*
*Chief Executive Officer*
*UBS Puerto Rico*

EL VOCERO/Archives

UBSPR-SEC-067-000014

Confidential

UBS-Roman-0005650

(4/24/09)

# "Los inversionistas locales han sufrido muc[ho]"

**Luisa García Pelatti**
lgarcia@vocero.com
Negocios & Valores de Puerto Rico

El carácter conservador del inversionista puertorriqueño promedio se ha visto, con frecuencia, como una falta de sofisticación y modernidad. Pero en la actual crisis financiera, ese carácter conservador ha servido para preservar gran parte de su capital.

"El inversionista puertorriqueño ha sufrido relativamente poco o muy poco del descalabro internacional y podemos decidir que no cogimos ni siquiera un catarro", señala Miguel A. Ferrer, principal oficial ejecutivo de UBS Puerto Rico.

Los puertorriqueños tienen $26,478 millones invertidos en compañías de inversiones en la Isla. Prefieren las inversiones de ingreso fijo: bonos de Puerto Rico y fondos mutuos. En la Isla se colocan $18,625 millones en bonos y fondos mutuos, 70% de todo lo que se invierte.

[realidad]

En general, el inversionista puertorriqueño que tiene su dinero invertido en bonos y fondos mutuos ha obtenido resultados fantásticos. Los fondos mutuos locales han tenido resultados a través de los años comparables con las acciones. "El resultado de un inversionista en fondos mutuos locales, que ha podido reinvertir los dividendos, ha sido superior y en algunos casos comparables con los índices del mercado de acciones", dice Ferrer, y asegura que este tipo de inversión ofrece mucha menos volatilidad y buenos resultados relativos.

"Es muy importante que cada inversionista no debe mirar su situación particular y ajustar sus decisiones a los riesgos que quiera contemplar", advierte el ejecutivo. "Pero dicho eso, en términos generales, el inversionista puertorriqueño no ha participado de la crisis".

Ferrer está entre los que opinan que el mercado de acciones ha alcanzado sus niveles mínimos y ahora solo queda subir. Pero dice que "no necesariamente va a continuar el rally", [puede] que baje de nuevo antes de subir, pero ya sabemos que hay compradores de verdad a ciertos niveles. Creo que el atractivo de entender que se está trabajando con bastante sabiduría en los problemas de Estados Unidos da mucho confort".

Pero no hay que bajar la guardia. "Los mercados globales todavía necesitan más trabajo, pero están siguiendo el mercado de Estados Unidos y los diferentes gobierno están tomando acción de forma sincronizada. Se está viendo que hay una luz al final del túnel y no es un tren que viene de frente. Eso es bien positivo".

El presidente de UBS cree que Barack Obama, el presidente de Estados Unidos, "está haciendo un trabajo bastante fino, bien hecho y ha traído gente muy capaz alrededor de él".

### La recuperación empieza por los bancos

Las primeras acciones en recuperarse van a ser las del sector bancario. "Una de las cosas que está tratando de hacer el gobierno de Estados Unidos es darle liquidez a los bancos, y obviamente eso quiere decir que van a ganar dinero, ese es su negocio. Si se le permite a los bancos hacer su negocio normal, que es prestar, van a ganar dinero". Y ya lo hemos visto estos días los buenos resultados de Goldman Sachs, JP Morgan, Chase y Citigroup.

"Eso quiere decir que el consumidor va a tener el beneficio de tener dinero accesible y eso quiere decir que estamos saliendo del hoyo".

"Aquí en Puerto Rico la situación es diferente, porque nosotros tenemos nuestros problemas internos que hay que resolver y yo creo que los pasos que ha dado la administración para atacar el problema fiscal han sido acertado, aunque no estoy de acuerdo con todo lo que se ha hecho".

Hay un consenso entre los economistas de que es necesario un nuevo modelo económico, y algunas recomendaciones en ese sentido eran competencia del Consejo de Consejo Asesor de Reconstrucción Económica y Fiscal (CAREF), que se había comprometido a presentar un informe en el mes de marzo. Algunas fuentes hablan de una "estampida en el CAREF" ante las fuertes críticas de la opinión pública a sus recomendaciones contenidas en el primer informe.

A juicio de Ferrer hicieron lo que le pidieron, pero la "crítica fue muy dura", y al final el Gobierno terminó poniendo en vigor muchas de sus recomendaciones.

"Es difícil criticar la valentía que ha tenido esta administración. Han dicho el problema es éste. Ha habido una valentía y honestidad de apuntar al problema. Aunque todavía no lo han resuelto, están en vías de atacar el problema, pero lo han identificado".

Ferrer cree que se podría resolver el problema del desempleo potencia de 30,000 empleados públicos si se incentiva al sector privado. "Eso es precisamente lo que le falta al plan. Porque si el sector privado no crece no va a haber demanda para empleo. Se va a quedar esa gente en la calle. Para mí es lo que le falta al plan".

Propone un nuevo modelo económico con contribuciones más bajas, para convertir a Puerto Rico "en un sitio bien hospitalario para la empresa y los empresarios".

"La única manera es bajando las contribuciones. Puerto Rico no tiene ninguna otra herramienta económica en este momento que no sea una reducción dramática en contribuciones".

### Golpe al inversionista

Por eso, no cree acertada la decisión de gobierno de aumentar los impuestos a los contribuyentes que ganan más de $100,000 [...]

Confidential

al Treatment
sted by UBS

UBS-Roman-0005651

# "...ísimo menos"

"Los aumentos contributivos lo han enfocado en un grupo bien pequeño de contribuyentes –unos 26,000– y eso tiene problemas: primero que se perdió la oportunidad de ampliar la base contributiva (no están esparciendo el dolor, lo han concentrado); y el segundo punto es que a esa gente, que deben estar bastante vulnerables a una reducción de ingresos, si les va el ingreso no se va a lograr la meta de recaudos".

Por el lado fiscal, considera que se han dado pasos acertados. "Lo comprueba que en mundo donde las casas clasificadoras están poniendo al resto del universo en 'warning' a Puerto Rico le dieron un 'stable'. Es la primera vez en mucho tiempo que estamos mejor. Creo que es una señal magnifica para Puerto Rico".

## Cofina II

En las próximas semanas el gobierno tiene planes de sacar al mercado la emisión del Programa de Financiamiento de COFINA II (Corporación para el Financiamiento del Fondo de Interés Apremiante, que se nutre de una porción de lo que recauda el Impuesto sobre Ventas y Uso). La emisión, que puede ser de hasta $500 millones servirá para financiar el plan de estímulo económico local. Estos fondos se unirán a los $5,000 millones del programa de estímulo económico federal para reducir el déficit fiscal e impulsar el crecimiento económico.

"Esta emisión es un 'repeat performance' de Cofina I. La apertura es brutal. Así que Cofina II va a ser éxito. Va a haber demanda insaciable aquí en Puerto Rico para esos bonos, puertorriqueños tienden a querer invertir en Puerto Rico".

El ejecutivo explica que a través de los años el problema ha sido que no ha habido suficiente inversión disponible y los puertorriqueños han tenido que invertir fuera. "Así que cuando hacen inversiones buenas ellos lo que hacen es que traen capital para Puerto Rico. Creo que esta va a ser una de las ocasiones que vamos a reimportar capital", asegura.

## Wall Street del Caribe

El sector de inversiones puede contribuir al crecimiento económico. Se trata de un sector en crecimiento con alto nivel de sofisticación, que puede convertirse en un jugador de clase mundial.

"Aparte de mercados como Wall Street, Londres y posiblemente Hong Kong, hay pocos países con el expertise en financiamiento y estructuración de vehículos de inversiones que tiene Puerto Rico. Y por eso a las firmas que residen en Puerto Rico les ha ido bien".

Sao Paulo, en Brasil y Panamá, están tratando de convertirse en un centro financiero regional. "Pero ninguno tiene acceso al mercado de Estados Unidos. Tenemos una mejor infraestructura, el personal mejor preparado y tenemos acceso al mercado más líquido del mundo. Podríamos convertirnos en un puente financiero entre Latinoamérica y Estados Unidos".

"Y este es un buen momento para generar iniciativas en ese sentido". Ferrer destaca la circunstancia de que en la presidencia del Banco Gubernamental está José García, "un banquero reconocido, que fue nuestro más feroz competidor, y que tiene los conocimientos y el liderazgo".

"Tenemos todas la cosas para decir, si señores vamos a hacer La industria está lista. Podría pasar como en los años 80, que aquí estaban todos los bancos internacionales, cuando Puerto Rico fue un centro financiero con las empresas 936. Estamos listos para ese reto".

Ahora, cuando varios de esos bancos internacionales se han ido, y los bancos locales lucen deslucidos y marchitos –al menos lo están sus resultados– la Milla de oro bulle con rumores sobre ventas y compras. Ferrer asegura que "se van a salvar los bancos y van a florecer con el tiempo. Esto no se ha acabado. Pero mientras llega ese momento creo que habrán consolidaciones.

## Cuestionan a UBS

UBS ha estado en los medios de comunicación en meses recientes por dos temas diferentes: las cuentas ocultas en Suiza y planteamientos sobre un posible conflicto de intereses en Puerto Rico.

"El gobierno de Estados Unidos solicitó y consiguió que el banco suizo UBS, compañía matriz de UBS Puerto Rico, le proporcionara un listado con los nombres y apellidos de 20,000 ciudadanos estadounidenses poseedores de cuentas opacas en UBS Suiza. El Departamento de Hacienda de Puerto Rico pidió conocer si alguno de los nombres en esa lista, era residente en Puerto Rico. No había ninguno. "No me sorprende", dijo Ferrer, que sabía que "eso no iba a ocurrir".

"Ofrecemos tantas oportunidades libre de contribuciones que para un puertorriqueño esconder su capital no es una necesidad, porque hay beneficios contributivos muy favorables".

"En ese sentido Puerto Rico ha sido pionero en crear un sentido de inversión. Por eso es que los puertorriqueños invierte en Puerto Rico y tenemos que hacer bien atractiva la inversión.

Por eso el gobierno debe tener cuidado de que la ley (número 7) que acaban de aprobar no emplee, o causar que se vaya dinero de Puerto Rico", advierte.

Por otro lado, el pasado mes de marzo, un artículo del servicio de noticias financieras Bloomberg apuntaba a un conflicto de intereses en UBS Puerto Rico, al convertirse, hace dos años, en asesor de la Administración de los Sistemas de Retiro. Un banco no debe asesorar a un emisor de bonos, suscribir la emisión y comprar esos mismos bonos para los fondos mutuos que maneja, decía el artículo de Bloomberg.

"El artículo está plagado de información errónea y prefiero, por el momento, no abundar sobre este tema", fue el escueto comentario de Ferrer durante esta entrevista.

En declaraciones a Bloomberg, en el mes febrero, el ejecutivo de UBS había negado la existencia de un conflicto de intereses y dijo que la firma no había hecho nada inapropiado. "No tenemos ningún conflicto. Hacemos cada trabajo de forma independiente. Seguimos todas las reglas que tenemos que seguir", aseguró. Explicó que su trabajo como asesor de la Administración del Sistema de Retiro no afecta su selección como suscriptor de la emisión de bonos del fondo de pensiones. "Fuimos seleccionados porque tenemos los recursos para hacer lo que hacemos".



EL VOCERO / Archivo

UBSPR-SEC-067-000014



Confidential                                   UBS-Roman-0005652