UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                     :

In re: UBS FINANCIAL SERVICES, INC. OF   :   Civil No.: 12-cv-1663-CCC
PUERTO RICO SECURITIES LITIGATION     :
                                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## DEFENDANTS' JOINDER TO PLAINTIFFS' MOTION TO EXPAND THE PAGE LIMITS AND SET A BRIEFING SCHEDULE FOR CLASS CERTIFICATION

      Defendants UBS Financial Services Incorporated of Puerto Rico, UBS Trust Company of Puerto Rico, Carlos J. Ortiz, Puerto Rico Fixed Income Fund III, Inc. and Puerto Rico Fixed Income Fund V, Inc. ("Defendants") join in Plaintiffs' Motion to Expand the Page Limits and Set a Briefing Schedule for Class Certification that was filed on June 19, 2015. (ECF No. 165) Defendants concur that additional time to respond to Plaintiffs' renewed motion for class certification is warranted. Defendants also concur that granting Plaintiffs' requested page limit extensions will afford the Court a more complete record on which to make a determination regarding class certification. Therefore, Defendants respectfully request that their deadline for filing an opposition to Plaintiffs' anticipated motion for class certification be extended to July 30, 2015, and that the page limits for Plaintiffs' opening brief and Defendants' opposition briefs be extended to 30 pages. Defendants do not oppose Plaintiffs' request to submit a reply brief in response to Defendants' opposition briefs.

      RESPECTFULLY SUBMITTED in San Juan, Puerto Rico, on June 26, 2015.

IT IS HEREBY CERTIFIED that the foregoing was filed electronically with the Clerk of the Court using CM/ECF on this same date and that, as such, the foregoing was served electronically upon all counsel of record.

| | |
|---|---|
| Roberto C. Quiñones-Rivera<br>MCCONNELL VALDÉS LLC<br>270 Muñoz Rivera Ave.<br>Hato Rey, Puerto Rico  00918<br>Tel.:  (787) 759-9292<br>Fax:  (787) 759-9225<br><br>By:  /s/ Roberto C. Quiñones-Rivera<br>       Roberto C. Quiñones-Rivera<br>       USDC-PR No. 211512<br><br>*Attorney for Defendants Puerto Rico Fixed Income Fund III, Inc. and Puerto Rico Fixed Income Fund V, Inc.* | Salvador J. Antonetti-Stutts<br>Mauricio O. Muñiz-Luciano<br>Ubaldo M. Fernández-Barrera<br>O'NEILL & BORGES LLC<br>American International Plaza<br>250 Muñoz Rivera Ave., Suite 800<br>Hato Rey, Puerto Rico  00918-1813<br>Tel.:  (787) 764-8181<br>Fax:  (787) 753-8944<br><br>By:  /s/ Mauricio O. Muñiz-Luciano<br>       Mauricio O. Muñiz-Luciano<br>       USDC-PR No. 220914<br><br>OF COUNSEL:<br>Paul J. Lockwood<br>Nicole A. DiSalvo<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>920 North King Street<br>P.O. Box 636<br>Wilmington, Delaware  19899-0636<br>Tel.:  (302) 651-3000<br>Fax:  (302) 651-3001<br><br>*Attorneys for Defendants UBS Financial Services Incorporated of Puerto Rico, UBS Trust Company of Puerto Rico, UBS Financial Services Inc., and Carlos J. Ortiz* |