IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| CARMELO ROMAN, RICARDO ROMAN-RIVERA and SDM HOLDINGS, INC., individually and on behalf of all others similarly situated<br>Plaintiffs<br>vs.<br>UBS FINANCIAL SERVICES, INC. OF PUERTO RICO; UBS TRUST COMPANY OF PUERTO RICO; PUERTO RICO INVESTORS TAX-FREE FUND IV, INC.; PUERTO RICO FIXED INCOME FUND III, INC.; PUERTO RICO FIXED INCOME FUND V, INC.; PUERTO RICO INVESTORS BOND FUND I, INC.; PUERTO RICO AAA PORTFOLIO BOND FUND, INC.; PUERTO RICO AAA PORTFOLIO BOND FUND II, INC.; MIGUEL A. FERRER; CARLOS J. ORTIZ<br>Defendants | CIVIL 12-1663CCC |

**AMENDED ORDER**

Having considered the Motion to Compel and for Discovery Sanctions filed by plaintiffs on March 13, 2015 (**d.e. 156**) and the opposition filed by defendants UBS Financial Services Incorporated of Puerto Rico and UBS Trust Company of Puerto Rico on March 30, 2015 (d.e. 158), as well as the relevant corresponding exhibits submitted by the parties, said Motion to Compel and for Discovery Sanctions is DENIED.

Beyond the fact that movants have not shown spoliation or destruction of evidence, the Court notes that the breadth of the discovery in issue sought by plaintiffs Román, Román-Rivera and SDM Holdings, Inc., at a stage in which a determination on the request for class certification is pending, goes beyond the extent of discovery concerning Fed. R. Civ. P. 23 requirements.  Without

CIVIL 12-1663CCC 2

having established the Rule 23 requirements, they cannot embark on discovery that presumes that the class has been certified and that proponents are class representatives.

SO ORDERED.

At San Juan, Puerto Rico, on April 7, 2016.

S/CARMEN CONSUELO CEREZO
United States District Judge