IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| CARMELO ROMAN, RICARDO ROMAN-RIVERA and SDM HOLDINGS, INC., individually and on behalf of all others similarly situated<br><br>Plaintiffs<br><br>vs.<br><br>UBS FINANCIAL SERVICES, INC. OF PUERTO RICO; UBS TRUST COMPANY OF PUERTO RICO; PUERTO RICO INVESTORS TAX-FREE FUND IV, INC.; PUERTO RICO FIXED INCOME FUND III, INC.; PUERTO RICO FIXED INCOME FUND V, INC.; PUERTO RICO INVESTORS BOND FUND I, INC.; PUERTO RICO AAA PORTFOLIO BOND FUND, INC.; PUERTO RICO AAA PORTFOLIO BOND FUND II, INC.; MIGUEL A. FERRER; CARLOS J. ORTIZ<br><br>Defendants | CIVIL 12-1663CCC |

**ORDER**

The Motion to Restrict in Compliance with Standing Order No. 9 (Regarding ECF Nos. 188 and 190-1) filed by plaintiffs Ricardo Román-Rivera, Carmelo Román and SDM Holdings, Inc. (**d.e. 191**) is GRANTED.

Plaintiffs' Motion to Restrict in Compliance with Standing Order No. 9 (Regarding ECF Nos. 189 and 190-1) (**d.e. 192**) is GRANTED.

Plaintiffs' Motion to Unseal Class Certification Documents (**d.e. 193**), having considered defendants' opposition (d.e. 200), is DENIED.

Plaintiffs' Motion to Restrict in Compliance with Standing Order No. 9 (Regarding ECF No. 197) (**d.e. 199**) is GRANTED.

Plaintiffs' Motion for Leave to File Reply in Further Support of Plaintiff's Motion for Intervention (**d.e. 203**) is GRANTED. The tendered reply brief is ORDERED FILED.

Plaintiffs' Motion to Restrict in Compliance with Standing Order No. 9 (Regarding ECF No. 203) (**d.e. 204**) is GRANTED.

The Motion to Restrict Viewing of Docket No. 209 and Exhibits in Support filed by defendants UBS Financial Services Incorporated of Puerto Rico, UBS Trust Company of Puerto Rico and Carlos J. Ortiz (**d.e. 211**) is GRANTED.

Defendants' Motion to Restrict Viewing of Docket No. 212 and Exhibits in Support (**d.e. 213**) is GRANTED.

The Joinder to the UBS Defendants, Fund Defendants and Carlos J. Ortiz' Sur-Reply in Opposition to Plaintiffs' Second Motion for Class Certification filed by defendant Miguel A. Ferrer (**d.e. 214**) is NOTED.

Plaintiffs' Motion to Restrict in Compliance with Standing Order No. 9 (Regarding ECF No. 210) (**d.e. 215**) is GRANTED.

Plaintiffs' Motion to Restrict in Compliance with Standing Order No. 9 (Regarding ECF No. 221) (**d.e. 222**) is GRANTED.

Defendants' Motion to Restrict Viewing of Docket No. 223 (**d.e. 224**) is GRANTED.

SO ORDERED.

At San Juan, Puerto Rico, on July 29, 2016.

S/CARMEN CONSUELO CEREZO
United States District Judge