IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| CARMELO ROMAN, RICARDO ROMAN-RIVERA and SDM HOLDINGS, INC., individually and on behalf of all others similarly situated<br>Plaintiffs<br>vs.<br>UBS FINANCIAL SERVICES, INC. OF PUERTO RICO; UBS TRUST COMPANY OF PUERTO RICO; PUERTO RICO INVESTORS TAX-FREE FUND IV, INC.; PUERTO RICO FIXED INCOME FUND III, INC.; PUERTO RICO FIXED INCOME FUND V, INC.; PUERTO RICO INVESTORS BOND FUND I, INC.; PUERTO RICO AAA PORTFOLIO BOND FUND, INC.; PUERTO RICO AAA PORTFOLIO BOND FUND II, INC.; MIGUEL A. FERRER; CARLOS J. ORTIZ<br>Defendants | CIVIL 12-1663CCC |

**PARTIAL JUDGMENT**

The complaint lists the following closed-end funds as defendants: Puerto Rico Investors Tax-Free Fund IV, Inc., Puerto Rico Fixed Income Fund III, Inc., Rico Fixed Income Fund V, Inc., Puerto Rico Investors Bond Fund I, Inc., Puerto Rico AAA Portfolio Bond Fund, Inc., and Puerto Rico AAA Portfolio Bond Fund II, Inc. Partial Judgment was entered dismissing plaintiffs' claims against defendants Puerto Rico Investors Tax Free Fund IV, Inc. and the Puerto Rico Investors Bond Fund I on August 28, 2013. After a review of the case file, it appears that defendants Puerto Rico AAA Portfolio Bond Fund, Inc. and Puerto Rico AAA Portfolio Bond Fund II, Inc. were never served process and never appeared in the action. Accordingly, plaintiffs' claims against

CIVIL 12-1663CCC                          2

AAA Portfolio Bond Fund, Inc. and Puerto Rico AAA Portfolio Bond Fund II, Inc. are DISMISSED, without prejudice.

    SO ORDERED AND ADJUDGED.

    At San Juan, Puerto Rico, on August 21, 2017.

                                          S/CARMEN CONSUELO CEREZO
                                          United States District Judge