IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| CARMELO ROMAN, RICARDO ROMAN-RIVERA and SDM HOLDINGS, INC., individually and on behalf of all others similarly situated<br><br>Plaintiffs<br><br>vs.<br><br>UBS FINANCIAL SERVICES, INC. OF PUERTO RICO; UBS TRUST COMPANY OF PUERTO RICO; PUERTO RICO INVESTORS TAX-FREE FUND IV, INC.; PUERTO RICO FIXED INCOME FUND III, INC.; PUERTO RICO FIXED INCOME FUND V, INC.; PUERTO RICO INVESTORS BOND FUND I, INC.; PUERTO RICO AAA PORTFOLIO BOND FUND, INC.; PUERTO RICO AAA PORTFOLIO BOND FUND II, INC.; MIGUEL A. FERRER; CARLOS J. ORTIZ<br><br>Defendants | CIVIL 12-1663CCC |

**ORDER**

For the reasons stated in the Opinion and Order entered on August 21, 2017 (d.e. 245), the case is hereby STAYED against defendants UBS Trust Company of Puerto Rico, Puerto Rico Fixed Income Fund III, Inc. and Puerto Rico Fixed Income Fund V, Inc. pending the outcome of the arbitration proceedings.

SO ORDERED.

At San Juan, Puerto Rico, on August 25, 2017.

S/CARMEN CONSUELO CEREZO
United States District Judge