IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| CARMELO ROMAN, RICARDO ROMAN-RIVERA and SDM HOLDINGS, INC., individually and on behalf of all others similarly situated<br><br>Plaintiffs<br><br>vs.<br><br>UBS FINANCIAL SERVICES, INC. OF PUERTO RICO; UBS TRUST COMPANY OF PUERTO RICO; PUERTO RICO INVESTORS TAX-FREE FUND IV, INC.; PUERTO RICO FIXED INCOME FUND III, INC.; PUERTO RICO FIXED INCOME FUND V, INC.; PUERTO RICO INVESTORS BOND FUND I, INC.; PUERTO RICO AAA PORTFOLIO BOND FUND, INC.; PUERTO RICO AAA PORTFOLIO BOND FUND II, INC.; MIGUEL A. FERRER; CARLOS J. ORTIZ<br><br>Defendants | CIVIL 12-1663CCC |

**JUDGMENT**

Having considered plaintiff's Statement Regarding Dismissal filed on April 12, 2019 (**d.e. 255**), which is NOTED, where it submits that "there is no reason why this case should not be dismissed without prejudice due to the pending arbitrations," it is ORDERED and ADJUDGED that this action be and is hereby DISMISSED, without prejudice, due to the pending arbitration proceedings.

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico, on May 7, 2019.

S/CARMEN CONSUELO CEREZO
United States District Judge